UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELI VERSCHLEISER,<br><br>                               Plaintiff,<br><br>                      -against-<br><br>JACOB FRYDMAN; LANNY DAVIS; CRAIG GOULD; FIRST CAPITAL REAL ESTATE INVESTMENTS, LLC; FIRST CAPITAL REAL ESTATE TRUST, INC.; ALEXANDER LIBIN; DANIEL EDELMAN; ANDREW W. HAYES; MERCER STREET PARTNERS; MONICA LIBIN FRYDMAN; JACOB FRYDMAN 2000 IRREVOCABLE TRUST; MONICA LIBIN 2000 IRREVOCABLE TRUST; LEVICK STRATEGIC COMUNICATIONS, LP; ERIC LEBSON; NICOLAE CONSTANTINESCU; PHILIP ALEXANDER VEEN; UNITED REALTY ADVISORS, LP; UNITED REALTY PARTNERS LLC; JFURTI, LLC; LEDGEROCK LLC; JOHN DOES 1 THROUGH 15 INCLUSIVE,<br><br>                              Defendants. | 1:22-CV-0601 (BAF)<br><br>ORDER OF SERVICE |

BERNARD A. FRIEDMAN, Senior United States District Judge:

      Plaintiff, who is proceeding *pro se*, paid the fees to commence this action.

      The Clerk of Court is directed to issue summonses as to the following defendants:

(1) Jacob Frydman; (2) Lanny Davis; (3) Craig Gould; (4) First Capital Real Estate Investments, LLC; (5) First Capital Real Estate Trust, Inc.; (6) Alexander Libin; (7) Daniel Edelman; (8) Andrew W. Hayes; (9) Mercer Street Partners; (10) Monica Libin Frydman; (11) Jacob Frydman 2000 Irrevocable Trust; (12) Monica Libin 2000 Irrevocable Trust; (13) Levick Strategic Communications, LP; (14) Eric Lebson; (15) Nicolae Constantinescu; (16) Philip Alexander Veen; (17) United Realty Advisors, LP; (18) United Realty Partners LLC; (19) JFURTI, LLC; and (20) Ledgerock LLC.

Plaintiff is directed to serve the summonses and complaint on each of those defendants within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served those defendants or requested an extension of time to do so, the Court may dismiss the claims against those defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

s/Bernard A. Friedman
BERNARD A. FRIEDMAN
SENIOR UNITED STATES DISTRICT JUDGE
SITTING BY SPECIAL DESIGNATION

Dated: February 15, 2022
       Detroit, Michigan